IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| TAK SUN LEE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 04-BE-1002-M |
| ) | |
| MICHAEL GARACIA, et al., ) | |
| ) | |
| Respondents. ) | |

**MEMORANDUM OPINION**

**ENTERED**
**JUL 1 5 2004**

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed as moot. An appropriate order will be entered.

DONE, this _14th_ day of July, 2004.

_____
KARON OWEN BOWDRE,
UNITED STATES DISTRICT JUDGE

---

[1] The copy of the Magistrate Judge's Report and Recommendation mailed to the petitioner at his last known address was returned to the Court marked "Attempted-Not Known."